JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MODERN TELECOM SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TOSHIBA CORPORATION, a Japan corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation,<br><br>Defendants. | Case No. SA CV14−00923 DOC (ANx)<br><br>**ORDER OF DISMISSAL [30]** |

After considering the concurrently filed Stipulation, and for good cause appearing, it is ordered that Plaintiff Modern Telecom Systems, LLC's claims that Modem Products (as defined in the Stipulation) made, used, sold, offered for sale, imported, or otherwise disposed of by, for or on behalf of Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. infringe claims of the Asserted Patents (as defined in the Stipulation) are dismissed with prejudice, and all other claims and counterclaims made in this action are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 24, 2015

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge

RUSS, AUGUST & KABAT